FILED: June 2, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1592

_____

THE WILDERNESS SOCIETY

        Petitioner

v.

UNITED STATES FOREST SERVICE; HOMER L. WILKES, in his official capacity as Under Secretary for Natural Resources and Environment; U.S. DEPARTMENT OF AGRICULTURE; KENDERICK ARNEY, in his official capacity as Regional Forester of the Southern Region

        Respondents

---

This case has been opened in this court.

| | |
|---|---|
| Originating Court | Department of Interior |
| Originating Case Number | N/A |
| Date Petition Filed: | 06/01/2023 |
| Petitioner | The Wilderness Society |
| Appellate Case Number | 23-1592 |
| Case Manager | Anisha Walker<br>804-916-2704 |