FILED: July 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1592 (L)

_____

THE WILDERNESS SOCIETY

       Petitioner

v.

UNITED STATES FOREST SERVICE; HOMER L. WILKES, in his official capacity as Under Secretary for Natural Resources and Environment; U.S. DEPARTMENT OF AGRICULTURE; KENDERICK ARNEY, in his official capacity as Regional Forester of the Southern Region

       Respondents

and

MOUNTAIN VALLEY PIPELINE, LLC

       Intervenor - Respondent

_____

O R D E R

_____

Upon consideration of petitioner's motion for stay pending appeal, the court grants the motion and stays construction during the pendency of this petition for

review.

Entered at the direction of Judge Gregory with the concurrence of Judge Wynn and Judge Thacker.

For the Court

/s/ Patricia S. Connor, Clerk