

**U.S. Department of Justice**

Environment and Natural Resources Division

90-8-6-17058

*Appellate Section*  *Telephone: (202) 305-0219*
P.O. Box 7415  *Facsimile:  (202) 353-1873*
**Ben Franklin Station**
**Washington, DC  20044-7415**

July 21, 2023

VIA CM/ECF

Patricia S. Conner
Clerk of the Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA  23219

      Re:    *Appalachian Voices v. U.S. Department of the Interior*, Fourth Cir. Nos. 23-1384, 23-1592, 23-1594

Dear Ms. Conner:

    Earlier this month, the Court granted petitioners' motions to stay the challenged agency actions pending review (ECF 55, 4th Cir. No. 23-1384; ECF 42, 4th Cir. Nos. 23-1592, 23-1594).  Federal Respondents submit this letter to notify the Court that on July 21, 2023, they filed in the Supreme Court (Case No. 23A35) the attached response in support of Intervenor's emergency application to vacate this Court's stay orders.  To the extent this Court considers Federal Respondents' filing in that related proceeding pertinent, it is attached for this Court's convenience.  All filings in that proceeding are also publicly available on the Supreme Court's docket (https://www.supremecourt.gov/docket/docketfiles/html/public/23a35.html).

                        Sincerely

                        /s/ Kevin W. McArdle

                        Kevin McArdle
                        Attorney for Federal Respondents

cc: All Counsel of Record (via CM/ECF)